Catherine A. Becker					The Honorable Ricardo S. Martinez
LAW OFFICE OF ELIZABETH G. SMITH
1730 Minor Ave., Ste. 1130
Seattle, WA 98101
Telephone: 206-403-4812
Facsimile: 877-338-4416
E-mail: beckec8@nationwide.com
*Attorneys for Defendant Township Retail Services, LLC*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBORAH VOGT-MATTHEWS, <br><br> Plaintiff, <br> v. <br><br> TOWNSHIP RETAIL SERVICES, LLC <br> Defendants. | NO. 3:19-cv-05641-RSM <br><br> **STIPULATED MOTION TO CONTINUE JURY TRIAL AND CASE DEADLINES** |

COME NOW the parties, by and through their undersigned counsel, and stipulate for the continuance of the currently scheduled jury trial. The current trial date is November 30, 2020. Counsel for defendant Township Retail Services, LLC, Catherine Becker, is on maternity leave until November 23, 2020. Counsel Becker filed a Notice of Unavailability stating she would not return from maternity until November 23, 2020.

Ms. Becker's files are being handled by contract attorney Kelly M. Madigan. Ms. Madigan's contract expires on November 30, 2020. Ms. Becker has two (2) trials in December 2020 and three (3) trials in January 2021.

The parties have collaboratively exchanged written discovery and depositions have been taken in the case.  The parties have also agreed to engage in mediation on September

STIPULATED MOTION TO CONTINUE JURY TRIAL AND CASE DEADLINES
Cause No.: 3:19-cv-05641-RSM

LAW OFFICE OF ELIZABETH G. SMITH
1730 Minor Avenue, Suite 1130
Seattle, Washington 98101
(206) 403-4800

1

29, 2020. The parties are only seeking a short continuance to accommodate Ms. Becker's maternity leave and trial schedule.

The parties respectfully request the Court issue an amended case scheduling order with the following deadlines:

| | |
|---|---|
| Discovery deadline: | 10/16/2020 |
| All dispositive motions filed by: | 11/09/2020 |
| Settlement conference per LCR 39.1(c)(2) held by: | 11/30/2020 |
| Mediation per LCR 39.1(c)(3) held by: | 12/20/2020 |
| Letter of compliance as to LCR 39.1 filed by: | 01/15/2021 |
| Motions in Limine filed by: | 01/11/2021 |
| Agreed Pretrial Order or Witness and Exhibit Lists: | 01/22/2021 |
| Pretrial conference held at 8:30 a.m.: | 01/29/2021 |
| Jury Trial: | 02/08/2021 |

IT IS SO ORDERED this 21st day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Submitted this ____ day of _____, 2020.

Kelly M. Madigan, WSBA #40024
Law Office of Elizabeth G. Smith
E-mail: madk712@nationwide.com

STIPULATED MOTION TO CONTINUE JURY
TRIAL AND CASE DEADLINES
Cause No.: 3:19-cv-05641-RSM

LAW OFFICE OF ELIZABETH G. SMITH
1730 Minor Avenue, Suite 1130
Seattle, Washington 98101
(206) 403-4800

2

| | |
|---|---|
| 1 | Attorneys for Defendant Township Retail Services, LLC (dba Township Retail Services, Inc). |
| 2 | |
| 3 | |
| 4 | _____ |
| 5 | Jeffrey H. Sadler, WSBA #27136<br>Sadler Injury Law Group, LLP<br>E-mail: jeff@sadler-law.com |
| 6 | Attorneys for Plaintiff |

STIPULATED MOTION TO CONTINUE JURY
TRIAL AND CASE DEADLINES
Cause No.: 3:19-cv-05641-RSM

**LAW OFFICE OF ELIZABETH G. SMITH**
1730 Minor Avenue, Suite 1130
Seattle, Washington 98101
(206) 403-4800