Kelly M. Madigan
LAW OFFICE OF ELIZABETH G. SMITH
1730 Minor Ave., Ste. 1130
Seattle, WA 98101
Telephone: 206-280-6285
Facsimile: 877-338-4416
E-mail: madk712@nationwide.com
*Attorneys for Defendant Township Retail Services, LLC*

The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEBORAH VOGT-MATTHEWS,

Plaintiff,

v.

TOWNSHIP RETAIL SERVICES, LLC
Defendants.

NO. 3:19-cv-05641-RSM

**ORDER OF DISMISSAL**

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.  The Clerk is directed to send copies of this Order to all counsel of record.

Dated this 23rd day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
Cause No.: 3:19-cv-05641-RBL

1

2   APPROVED AS TO FORM:

3

4

5   _____

6   Kelly M. Madigan, WSBA #40024
    Law Office of Elizabeth G. Smith
    E-mail: madk712@nationwide.com
7   Attorneys for Defendant Township Retail
    Services, LLC (dba Township Retail Services, Inc).
8

9

10
    _/s/ Jeffrey H. Sadler_____
11  Jeffrey H. Sadler, WSBA #27136
    Sadler Injury Law Group, LLP
12  E-mail: jeff@sadler-law.com
    Attorneys for Plaintiff
13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER OF DISMISSAL
Cause No.: 3:19-cv-05641-RBL

**LAW OFFICE OF ELIZABETH G. SMITH**
1730 Minor Avenue, Suite 1130
Seattle, Washington 98101
(206) 403-4800